IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK A. THOMPSON, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DEKALB COUNTY, GA. and )<br>OVERTIS BRANTLEY, )<br>)<br>   Defendants. ) | Civil Action File No. |

## NOTICE OF REMOVAL

To:   United States District Court, Northern District of Georgia;

   Clerk, Superior Court of DeKalb County, Georgia
   **Re: Case No.  16-cv-5485-4;**

   Eleanor M. Attwood
   *Attorney for Plaintiff*
   Legare, Attwood & Wolfe, LLC
   400 Colony Square, Suite 1000
   1201 Peachtree Street, NE
   Atlanta, GA 30361
   (470) 823-4000

   **YOU WILL PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants DeKalb County, Georgia ("Defendant DeKalb") and

{00939769.DOCX /2 }

Overtis Brantley ("Defendant Brantley") (collectively "Defendants"), hereby remove this case to the United States District Court for the Northern District of Georgia, based upon the following grounds:

1. This action was commenced by Plaintiff Mark A. Thompson in the Superior Court of DeKalb County, Georgia, on or about May 10, 2016, entitled <u>Mark A. Thompson v. DeKalb County, GA</u>, Civil Action No. 16-cv-5485-4. Defendant DeKalb County timely filed an Answer to the Complaint on or about June 7, 2016.

2. Plaintiff filed an amended action on May 16, 2017, entitled <u>Mark A. Thompson v. DeKalb County, GA and Overtis Brantley, in her individual capacity</u>, Civil Action No. 16-cv-5485-4, adding new claims. Defendant DeKalb received the Amended Complaint through service on its counsel of record via U.S. mail on May 16, 2017. Defendant Brantley was also subsequently served through service on the undersigned counsel.

3. The superior court in which the amended action was filed lies within the Atlanta Division of the United States District Court wherein this Notice of Removal is filed.

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after the receipt by Defendant DeKalb County through service of the Amended Complaint setting forth the claim for relief upon which this action is based.

5. Plaintiff alleges claims of violation of Georgia Whistleblower Act (Count I), attorneys' fees (Count II), race discrimination (Counts III, IV, and V), and age discrimination (Count VI).

6. Plaintiff's claims of race discrimination arise under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e) et esq., 42 U.S.C. § 1981, 42 U.S.C. § 1983, and the Equal Protection Clause. Plaintiff's claim of age discrimination arises under the Age Discrimination in Employment Act. Plaintiff's Title VII claim, Section 1981 and 1983 claims, Equal Protection claim, and ADEA claim all therefore arise under the laws of the United States and thus constitute a federal question over which this court has original jurisdiction under 28 U.S.C. § 1331. Because the Court has original jurisdiction over Plaintiff's claims, the Court also has jurisdiction over Plaintiff's other claims pursuant to 28 U.S.C. § 1441(c), and Defendants are entitled to remove the entire action to the United States District Court for the Northern District of Georgia.

7. As required by 28 U.S.C. § 1446, attached hereto are copies of the following documents which are all of the process, pleadings and orders heretofore served upon Defendant DeKalb in this amended action or otherwise on file in the Superior Court of DeKalb County:

  (a) DeKalb Superior Court Civil Summons filed May 10, 2016 and served in May 2016; and

  (b) DeKalb Superior Court Amended Complaint filed and served on May 16, 2017.

 8. Pursuant to 28 U.S.C. § 1446, copies of this Notice of Removal are today being served upon all adverse parties and upon the Clerk of the Superior Court of DeKalb County, Georgia.

WHEREFORE, notice is hereby given that said action is removed from the Superior Court of DeKalb County into this Court for trial or other such determinations that this Court may make regarding the action and in accordance with its jurisdictional limits under Title 28, United States Code, §§ 1441 (a).

Respectfully submitted this 15th day of June, 2017.

       /s/ *Randy C. Gepp*
       Marc A. Taylor
       Georgia Bar No. 700740
       Randy C. Gepp
       Georgia Bar No. 291375
       Shawntel R. Hebert
       Georgia Bar No. 512220
       TAYLOR ENGLISH DUMA LLP
       1600 Parkwood Circle, Suite 400
       Atlanta, Georgia 30339
       Telephone: (770) 434-6868
       Facsimile: (770) 434-7376

Email:  rgepp@taylorenglish.com
mtaylor@taylorenglish.com
shebert@taylorenglish.com

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK A. THOMPSON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | |
| ) | |
| DEKALB COUNTY, GA. and ) | |
| OVERTIS BRANTLEY, ) | |
| ) | |
|    Defendants. ) | |

## CERTIFICATE OF FONT TYPE AND SIZE

This is to certify that the foregoing Notice of Removal has been prepared with Times New Roman, 14-point font, as approved in L.R. 5.1C.

This 15th day of June, 2017.

                                                     /s/*Randy C. Gepp*
                                                   Randy C. Gepp
                                                   Georgia Bar No. 291375
                                                   *Counsel for Defendant*s

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK A. THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | |
| ) | |
| DEKALB COUNTY, GA. and ) | |
| OVERTIS BRANTLEY, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that on June 15, 2017 a copy of the within and foregoing pleading was served upon counsel of record, by depositing a copy of same in the U.S. Mail, postage prepaid, addressed to:

Eleanor M. Attwood, Esq.
Legare, Attwood & Wolfe, LLC
400 Colony Square, Suite 1000
1201 Peachtree Street, NE
Atlanta, GA 30361

/s/*Randy C. Gepp*
Randy C. Gepp
Georgia Bar No. 291375
*Counsel for Defendant*s